**Continuing Abatement Order filed October 29, 2015**



In The

# Fourteenth Court of Appeals

_____

NO. 14-15-00402-CR
_____

## THOMAS ROY MARTIN, Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

**On Appeal from the 208th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1403752**

---

## CONTINUING ABATEMENT ORDER

On August 18, 2015, we abated this appeal and ordered the trial court to conduct a hearing to determine whether appellant was entitled to proceed without advance payment of costs and appointed counsel on appeal. The clerk's record and reporter's record have been filed. As of this date, we have not received a record of the hearing or a supplemental clerk's record containing appointment of appellate counsel. Accordingly, we enter the following order. *See* Tex. R. App. P. 35.3(c).

We ORDER the judge of the 208th District Court to immediately conduct a hearing at which appellant, appellant's counsel, if any, and counsel for the State shall participate, either in person or by video teleconference, to determine whether appellant desires to prosecute his appeal, and, if so, whether appellant is indigent and, thus entitled to appointed counsel on appeal. The judge may appoint appellate counsel for appellant if necessary. The judge shall see that a record of the hearing is made, shall make findings of fact and conclusions of law, and shall order the trial clerk to forward a record of the hearing and a supplemental clerk's record containing the findings and conclusions. The transcribed record of the hearing, the court's findings and conclusions, and a videotape or compact disc, if any, containing a recording of the video teleconference shall be filed with the clerk of this court within thirty days of the date of this order.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's findings and recommendations are filed in this court.

PER CURIAM